

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:25-CR-74 |
| | ) | |
| v. | ) | JUDGE CORKER /WYRICK |
| | ) | |
| | ) | FILED UNDER SEAL |
| MICHAEL RAY QUEEN | ) | |
| JULIA MARIE BITTINGER | ) | |
| AMY MARIE LARK | ) | |

## INDICTMENT

### COUNT ONE
(Conspiracy to Commit Bank Fraud: 18 U.S.C. § 1349)

1. From at least March 1, 2025, and continuing through at least April 3, 2025, within the Eastern District of Tennessee and elsewhere, the defendants, MICHAEL RAY QUEEN, JULIA MARIE BITTINGER, and AMY MARIE LARK, together with other known and unknown persons, knowingly and intentionally conspired to commit bank fraud, in violation of Title 18, United States Code, Section 1344.

2. It was a part and an object of the conspiracy that the defendants, MICHAEL RAY QUEEN, JULIA MARIE BITTINGER, and AMY MARIE LARK, and others known and unknown to the Grand Jury, knowingly executed and attempt to execute a scheme and artifice to defraud financial institutions, and to obtain money, funds, credits, assets, securities, and other property owned by, or under the custody and control of, such financial institutions, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

1

### Purpose of the Conspiracy and Scheme

3. It was the purpose of the conspiracy and scheme for the defendants, MICHAEL RAY QUEEN, JULIA MARIE BITTINGER, and AMY MARIE LARK, and their co-conspirators, to unlawfully enrich themselves and others by, among other things, obtaining stolen checks; unlawfully altering or forging those stolen checks; cashing or attempting to cash the fraudulently altered checks, and thereby enriching themselves and other members of the conspiracy with the stolen funds.

### Manner and Means of the Conspiracy and Scheme

4. It was part of the conspiracy and scheme that the defendants, MICHAEL RAY QUEEN, JULIA MARIE BITTINGER, and AMY MARIE LARK, and other members of the conspiracy would obtain checks that had been stolen from the custody of the United States Postal Service.

5. It was also part of the conspiracy and scheme that the defendants, MICHAEL RAY QUEEN, JULIA MARIE BITTINGER, and AMY MARIE LARK, and other members of the conspiracy would alter and forge the unlawfully obtained checks.

6. It was further part of the conspiracy and scheme that the defendants, MICHAEL RAY QUEEN, JULIA MARIE BITTINGER, and AMY MARIE LARK, and other members of the conspiracy would present the stolen and fraudulently altered checks at financial institutions in an effort to defraud those financial institutions and to obtain money and funds under the custody and control of those financial institutions.

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO THROUGH COUNT FOURTEEN
## (Bank Fraud: 18 U.S.C. §§ 1344)

7. The Grand Jury realleges the allegations set forth, above, as if fully set forth herein verbatim.

8. On or about the dates below, within the Eastern District of Tennessee, the defendants listed in each count knowingly executed and attempted to execute a scheme and artifice to obtain moneys, funds and property owned by, and under the custody and control of the financial institutions listed below, by means of false and fraudulent pretenses, representations and promises

9. The defendants executed and attempted to execute the scheme by negotiating and attempting to negotiate stolen checks forged to falsely name an unauthorized payee, with each passing and attempted passing constituting a separate count, as detailed in the table below:

| Count | Defendant | Date (on or about) | Financial Institution | Check Number | Amount |
|---|---|---|---|---|---|
| 2 | MICHAEL RAY QUEEN | March 7, 2025 | Select Seven Credit Union | 1212 | $1,145.58 (attempt) |
| 3 | AMY MARIE LARK | March 14, 2025 | Citizens Bank | 8213 | $2,139.75 (attempt) |
| 4 | AMY MARIE LARK | March 14, 2025 | Eastman Credit Union | 1889 | $1,400 |
| 5 | AMY MARIE LARK | March 14, 2025 | Carter County Bank | 9629 | $1,038.80 |
| 6 | JULIA MARIE BITTINGER | March 14, 2025 | Eastman Credit Union | 3911 | $1,005 |
| 7 | JULIA MARIE BITTINGER | March 17, 2025 | Eastman Credit Union | 3912 | $2,087 |
| 8 | AMY MARIE LARK | March 21, 2025 | Bank of Tennessee | 2590 | $2,576 |
| 9 | JULIA MARIE BITTINGER | March 24, 2025 | Greater Eastern Credit Union | 5897 | $900 (attempt) |
| 10 | JULIA MARIE BITTINGER | March 25, 2025 | Eastman Credit Union | 5066 | $2,000 |
| 11 | JULIA MARIE BITTINGER | March 25, 2025 | Eastman Credit Union | 5067 | $1,200 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | MICHAEL RAY QUEEN | March 25, 2025 | Eastman Credit Union | 1124 | $1,517.83 (attempt) |
| 13 | MICHAEL RAY QUEEN | April 1, 2025 | Bank of Tennessee | 5034 | $2,100 (attempt) |
| 14 | JULIA MARIE BITTINGER | April 3, 2025 | Home Trust Bank | 6833 | $1,888.67 (attempt) |

All in violation of Title 18, United States Code, Section 1344.

## COUNT FIFTEEN THROUGH COUNT TWENTY-SEVEN
## (Aggravated Identity Theft: 18 U.S.C. § 1028A)

10. The Grand Jury realleges the allegations set forth, above, as if fully set forth herein verbatim.

11. On or about the dates below, in the Eastern District of Tennessee, the defendants listed in each count, knowingly used, without lawful authority, a means of identification of another person during and in relation to the commission of Bank Fraud, knowing that the means of identification belonged to another actual person, with each unlawful use of another's identity constituting a separate count, as detailed in the table below:

| Count | Defendant | Date (on or about) | Victim | Means of Identification | During and in Relation to Count |
|---|---|---|---|---|---|
| 15 | MICHAEL RAY QUEEN | March 7, 2025 | L.L. | Name and Account Number | 2 |
| 16 | AMY MARIE LARK | March 14, 2025 | W.O. | Name and Account Number | 3 |
| 17 | AMY MARIE LARK | March 14, 2025 | M.M | Name and Account Number | 4 |
| 18 | AMY MARIE LARK | March 14, 2025 | T.B. | Name and Account Number | 5 |
| 19 | JULIA MARIE BITTINGER | March 14, 2025 | M.S. | Name and Account Number | 6 |

4

| 20 | JULIA MARIE BITTINGER | March 17, 2025 | M.S. | Name and Account Number | 7 |
| 21 | AMY MARIE LARK | March 21, 2025 | D.H | Name and Account Number | 8 |
| 22 | JULIA MARIE BITTINGER | March 24, 2025 | J.P. | Name and Account Number | 9 |
| 23 | JULIA MARIE BITTINGER | March 25, 2025 | J.C. | Name and Account Number | 10 |
| 24 | JULIA MARIE BITTINGER | March 25, 2025 | J.C. | Name and Account Number | 11 |
| 25 | MICHAEL RAY QUEEN | March 25, 2025 | E.S. | Name and Account Number | 12 |
| 26 | MICHAEL RAY QUEEN | April 1, 2025 | R.O. | Name and Account Number | 13 |
| 27 | JULIA MARIE BITTINGER | April 3, 2025 | B.B. | Name and Account Number | 14 |

All in violation of Title 18, United States Code, Section 1028A.

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2).

Upon conviction of an offense in violation of Title 18, United States Code, Sections 1344 and/or 1349, as set forth in this Indictment, the defendants, MICHAEL RAY QUEEN, JULIA MARIE BITTINGER, and AMY MARIE LARK, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), any property constituting, or derived

5

from, proceeds obtained, directly or indirectly, as a result of such offenses. The property to be forfeited includes, but is not limited to, the following: $11,306.80 in U.S. Currency.

Money Judgment

A money judgment against each defendant for an amount representing the amount of proceeds that the defendant personally obtained as a result of the violation of Title 18, United States Code, Sections 1344 and/or 1349.

If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

TRUE BILL:

███████████

FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: *[signature]*
Ryan Blackwell
Assistant United States Attorney

6